## LOOKRETIS *v.* UNITED STATES.

No. 913.   Decided March 11, 1968.

*Maurice J. Walsh* for petitioner.

*Solicitor General Griswold* for the United States.

PER CURIAM.

The petition for a writ of certiorari is granted, the judgment is vacated, and the case is remanded for further consideration in the light of *Chapman* v. *California,* 386 U. S. 18, and *Marchetti* v. *United States, ante,* p. 39.

MR. JUSTICE WHITE is of the opinion that the petition for a writ of certiorari should be denied.

## HETTLEMAN ET AL. *v.* CHICAGO LAW INSTITUTE ET AL.

No. 961.   Decided March 11, 1968.

*Julius L. Sherwin* for appellants.

*William G. Clark,* Attorney General of Illinois, *John J. O'Toole,* Assistant Attorney General, *John J. Stamos, Edward J. Hladis* and *Ronald Butler* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.